102 A.3d 421

**TRUST of Eugene FERTMAN, Settlor Trust Under Deed of Eugene Fertman, as Amended, Dated October 1990.**

**Petition of Nancy Berschler.**

**No. 139 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**